AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:23-mj-00363 |
| Christopher Taylor | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 12/21/2023 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Christopher Taylor__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in Any Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 12/21/2023                                    *Zia M. Faruqui*
                                                     *Issuing officer's signature*

City and state:   Washington, D.C.                   Zia M. Faruqui, U.S. Magistrate Judge
                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* __12/21/2023__, and the person was arrested on *(date)* __1/17/2024__
at *(city and state)* __Philadelphia, PA__.

Date: __1/16/2024__
                                                     *Arresting officer's signature*

                                                     Thomas Humi / SA-FBI
                                                     *Printed name and title*